United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENJAMIN GARNER, individually and on behalf of all others similarly situated | § § § | |
| VS | § § § | CIVIL ACTION NO. H-23-4367 |
| PARAGON FINANCIAL CORP. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed on April 30, 2025 (Doc. No. 23), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party will bear its own costs and fees.

SIGNED on this \_\_\_1st\_\_\_ day of May 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE